THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Calvin Hills,        Appellant.
 
 
 

Appeal From Charleston County
Daniel  F.  Pieper, Circuit Court Judge

Unpublished Opinion No.
2005-UP-445
Submitted July 1, 2005  Filed July 14, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia,
 for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Office of the
 Attorney General, all of Columbia; and Solicitor Ralph E. Hoisington, of
 Charleston, for Respondent.
 
 
 

PER CURIAM:  Calvin Hills
appeals his convictions for possession of marijuana with intent to distribute,
trafficking cocaine, and possession of cocaine with intent to distribute within
proximity of a school.  Hills counsel filed a motion to be relieved as
counsel pursuant to Anders v. California, 386 U.S. 738 (1967). 
After a thorough review of the record and the briefs, we dismiss[1] this appeal pursuant to Anders and State
v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels motion
to be relieved is granted. 
APPEAL DISMISSED. 
ANDERSON, STILWELL, and WILLIAMS,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.